



**BC**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
5/31/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AXM

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Heather Louise Bendl

Plaintiff(s)

v.

Eric F. Rinehart, et al.

Defendant(s

)
)
)
)
)
)
)
)
)
)

Case Number: **1:26-cv-6428**
**Judge Thomas M. Durkin**
**Magistrate Judge Jeannice W. Appenteng**

Judge: **Random / Cat. 2**

### MOTION FOR ATTORNEY REPRESENTATION
**(NOTE: Failure to complete all items may result in the denial of this motion. )**

1. I, _Heather Louise Bendl_____, declare that I am the (check appropriate box) ■ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**
   None.

   but I have been unable to find an attorney because:
   I can not afford a retainer or the ongoing fees.
   Family Court has bankrupt me.

3. I declare that (check all that apply):
   *(Now:)*
   [✔] I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   [ ] I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   [✔] I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   [ ] I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check ·one):
   [✔] I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

☐ Grammar school     ☐ Some high school     ☐ High school graduate
☐ Some college     ☑ College graduate     ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_Heathue S. Bendl_
Signature of Movant

1709 Queen Palm Drive
Street Address

5-31-2026
Date

Edgewater, Florida, 32132
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

Case Name: _____ Case No.: _____

Attorney's Name: _____ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

Case Name: _____ Case No.: _____

Attorney's Name: _____ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

Case Name: _____ Case No.: _____

Attorney's Name: _____ This case is still pending ☐ Yes ☐ No

The appointment was limited to settlement assistance: ☐ Yes ☐ No

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]